## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>COREY D. PERRY,<br>　　　　　　　　Defendant | NO.  5: 05-MJ-07-12 (CWH)<br><br>REMOVAL PROCEEDINGS<br>FROM THE SOUTHERN DISTRICT OF GEORGIA<br>Case No. CR402-258 |

## ORDER OF REMOVAL

The above-named defendant is charged in an INFORMATION with violation of 21 U.S.C. §844, alleged to have been committed in the <u>SOUTHERN DISTRICT OF GEORGIA</u>.

**BRIEF DESCRIPTION OF CHARGE:**

**SIMPLE POSSESSION OF MARIJUANA**

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant

☐ has been established by clear and convincing evidence

☒ has been admitted by the defendant.

☐ The court further finds that DETENTION of said defendant is necessary and appropriate under the circumstances of this case, pending a review of said proceedings in the district of prosecution, the defendant specifically RESERVING his right to both a DETENTION HEARING and a PRELIMINARY EXAMINATION in the district of prosecution;  or,

☒ The court further finds that conditions for the release of this defendant can be set by the court to insure his/her appearance in the district of prosecution;  a separate Order of Release has been entered by the court.

ACCORDINGLY, SUBJECT TO THE ABILITY OF THE DEFENDANT TO SATISFY THE CONDITIONS OF RELEASE IMPOSED HEREIN (if any), the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him/her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him/her, all proceedings required by Rules 5/40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 27th day of JULY, 2005.



　　　　　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE